MD/FL 12C
(9/03)

FILED by ____ D.C.

JUL 30 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# United States District Court

### for

### Middle District of Florida
### Tampa Division

13-8354-DLB

## Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Conrad E. Grohs                    Docket Number: 8:01-cr-203-T-23TGW

Name of Sentencing Judicial Officer: Honorable Steven D. Merryday

Date of Original Sentence: February 21, 2003

Original Offense: Wire Fraud

Original Sentence: Ct. 1- 60 months imprisonment; Ct. 3- 60 months to run consecutive to count one: Cts. 7,10,16, and 21, 60 months imprisonment all those terms to run concurrently to count 3; followed by thirty-six months supervised release as to all counts with the following special conditions: participate in a mental health program; shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself for any major purchases without approval of the probation officer until such time as the restitution is paid in full; shall provide the probation officer access to any requested financial information; shall be prohibited from using or having access to a computer during the period of his supervision, including access to the internet. Further, the defendant is prohibited from placing or responding to ads in the personal section of newspapers, magazines, on-line sites, or any other forms of matchmaking; pay $600.00 special assessment and restitution in the amount of $802,934.04.

On February 21, 2003, sentence was amended or modified as follows: The only change was the USM Number 31651-086 was added.

On April 29, 2011, sentence was amended or modified as follows: You shall submit to a search of your person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of release; failure to submit to a search may be grounds for revocation; you shall inform any residents that the premises may be subject to a search pursuant to this condition.

Type of Supervision: Supervised Release          Date Supervision Commenced: October 29, 2010

Assistant United States Attorney: Colleen D. Murphy          Defense Attorney: Maria Guzman

## PETITIONING THE COURT TO ISSUE A WARRANT

MD/FL 12C
(9/97)

Page: 2

Offender: Grohs, Conrad E.
Docket: 8:01-cr-203-T-23TGW
Date Prepared: **September 6, 2012**

The probation officer believes that the offender has violated the following condition(s) of supervision:

1.    **Failure to submit written monthly reports in violation of Condition Two of the Standard Conditions of Supervision:** The defendant failed to submit his written monthly reports for the months of February 2012, March 2012, April 2012, May 2012, June 2012 and July 2012. These reports were due on the fifth day of each month, respectively.

2.    **Failure to Report in violation of Condition Three of the Standard Conditions of Supervision:** On July 23, 2012, the defendant failed to report to the United States Probation Office in a letter sent to his address on July 16, 2012.

3.    **Failure to notify ten days prior to any change in residence in violation of Condition Six of the Standard Conditions of Supervision:** On or about April 1, 2012, the defendant failed to notify his probation officer at least 10 days prior to his change of residence from 5034 Foxbridge Circle North, Clearwater, Florida to an unknown address. His current location is unknown.

4.    **Failure to make restitution in violation of the court's order, which requires him to make payments as follows:** Between March 2012 through July 2012, the defendant failed to make restitution payments according to the payment schedule ordered by the court on February 21, 2003 .

United States Probation Office Recommendation:

☒    The term of supervision should be

    ☒    revoked

    ☐    extended for  years and  months, for a total term of  years and  months.

☐    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on September 6, 2012

*Janice T. Bradley*

Janice T. Bradley
United States Probation Officer

MD/FL 12C
(9/97)

Page: 3

Offender: **Grohs, Conrad E.**
Docket: **8:01-cr-203-T-23TGW**
Date Prepared: **September 6, 2012**

THE COURT ORDERS

☒ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ No Action

☐ Other

_____
Signature of Judicial Officer

_____
Date

I certify the foregoing to be true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
BY:_____
Deputy Clerk

AO 442   (Rev. 05/07)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ Middle _____ District of _____ Florida _____

UNITED STATES OF AMERICA

V.

Conrad E. Grohs

## WARRANT FOR ARREST

Case Number:  8:01-cr-203-T-23TGW

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Conrad E. Grohs _____
                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐  Indictment      ☐  Information      ☐  Complaint      ☐  Order of court

☐  Pretrial Release    ☐  Probation Violation    ☒  Supervised Release  ☐  Violation Notice
    Violation Petition        Petition                 Violation

charging him with (brief description of offense)

See attached Petition.

SHERYL L. LOESCH
_____
Name of Issuing Officer

Clerk, U.S. District Court
_____
Title of Issuing Officer

_____
Signature of Issuing Officer

SEP 1 3 2012    TAMPA FL
_____
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST |  |  |

COPY